FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR

DEC 29 2014

JEAN ROLFS, CLERK by _____

December 22, 2014

Judge Audrey R. Evans, Judge
300 W. 2nd Street RM#320
Little Rock, AR 72201

Honorable Judge Evans:

RE: Nationstar Mortgage, Creditor
**Percy and Ruth Nash, Debtor (Case #4:14-bk-10186)**

This letter is in reference to a letter we received on December 14, 2014 from Madden Law Firm, the firm representing us in our bankruptcy proceedings.

Honorable Evans, I (Percy) am a two (2) year old cancer survival. We come to the court not asking for sympathy only JUSTICE pertaining to Nationstar Mortgage's claim. It was an insult to our intelligent and perhaps an insult to the courts as well. This claim made by Nationstar is either an oversight on their behalf or a fraudulent statement.

Nationstar claim we are twenty-nine thousand dollars ($29,000.00) behind in our mortgage payments. We know of no lending institution that would permit or allow a borrower to fall behind this much in their monthly payments. We have been residing at this residence for more twenty-six (26) plus years and still reside here. We were in strong belief that this institution (bankruptcy) was established to assist American citizens to remain in their homes. We started out in this procedure approximately three (3) years ago paying one thousand two hundred dollars (1,200.00) monthly. It has risen to over two-thousand four hundred ($2,400). It is on record that our monthly income is only two thousand seven hundred (2,700.00) monthly. It has been a hard ship meeting this obligation.

We are petitioning the courts to take a just look into these proceedings. Your attention to this matter is greatly needed and appreciated.

In God We Trust

*Ruth Nash*

Percy & Ruth Nash


Cc: Madden Law Firm
    William S. Weinstein, Attorney At Law